

# THE ATTORNEY GENERAL
## OF TEXAS
### AUSTIN 11, TEXAS

GERALD C. MANN
JOHN ~~~~~~ ~~~~~~ERD

Mrs. Queen Arbuckle, Secretary
State Board of Hairdressers and
   Cosmetologists
Austin, Texas

Dear Mrs. Arbuckle:

Opinion No. O-2477
Re: Beauty Schools -
   Barber Schools.

Your request for opinion has been received and carefully consid-
ered by this department and we quote from your request as follows:

"We respectfully request your opinion on the following matter:  We have
students who enroll in a beauty school for the required six months' course
of one hundred hours, and at the same time, matriculate in the same school
for a barber's course of six months of one thousand hours.

"In view of the fact that both courses require a six months' course, would
a person be eligible for our examination at the termination of six months,
or would it be necessary for said person to complete a twelve months'
course of two thousand hours before being eligible for both operator's and
barber's examination?"

Section 9 of Article 734a, Vernon's Texas Annotated Penal Code,
applicable to Barber Schools, provides among other things that "no school
or college shall be approved unless such school or college requires, as a
prerequisite to the admission to graduation, a course of instruction of
not less than one thousand hours (1,000), to be completed within a period
of not less than six months." The statute also sets out the required
subjects of instruction.

Section 11 (a) of Article 734b, Vernon's Penal Code, applicable
to schools of Beauty Culture, provides among other things that the school
should "keep a daily record of the attendance of students, maintain a reg-
ular class and instruction hours, establish grades and hold examinations
before issuing diplomas, and shall require a school term of not less than
one thousand (1,000) hours to be completed in not less than six (6) months
for a complete course of all or a majority of the practices of hairdressing
and cosmetology."

Mrs. Queen Arbuckle, page 2 (O-2477)


        We have been unable to find any legal objection to a person's
attending a barber school and a beauty school at the same time, provided
satisfactory hours could be arranged whereby there would be no conflict
in attendance upon said schools.

        You are therefore respectfully advised that it is the opinion of
this department that if a person could complete the required courses of
instruction of both schools of one thousand hours (1,000) each within six
months, and was not otherwise disqualified, said person would be eligible
for both Beauty Operator's and Barber's examinations.

                                        Very truly yours

                                ATTORNEY GENERAL OF TEXAS


                                By /s/ Wm. J. Fanning

                                        Wm. J. Fanning
                                            Assistant


WJF:AW:egw

APPROVED JULY 9, 1940
/s/ Glenn R. Lewis                          APPROVED
(Acting)                               OPINION COMMITTEE
ATTORNEY GENERAL OF TEXAS                   BY B W B
                                            Chairman